UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSE RAFAEL GONZALEZ,
    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 8:25-cv-3100-KKM-NHA

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY, et al.,
    Defendants.
_____

## ORDER

Gonzalez, an inmate at the Florida Soft Side South Detention Facility in Ochopee, Florida, filed a counseled Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1.) Because Ochopee, Florida, is in Collier County, this action will be transferred to the Fort Myers Division of the United States District Court for the Middle District of Florida. Local Rule 1.04(a), (b); *see also Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991) (stating that a § 2241 petition must be filed in the district court where the petitioner is confined).

Accordingly, the **CLERK** is directed to **TRANSFER** this action to the Fort Myers Division for all further proceedings and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on November 14, 2025.

Kathryn Kimball Mizelle
United States District Judge